UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES <br> v. <br> HASSAN KHACHFE, <br> Defendant. | 04 CR 10328 PBS <br> Crim. No. 04- <br> VIOLATION: 18 U.S.C. § 1341 <br> (Mail Fraud) |

### INDICTMENT

COUNTS ONE-TWO:        (18 U.S.C. § 1341 - Mail Fraud)

The Grand Jury charges that:

On or about the dates set forth below, at Mansfield, in the District of Massachusetts, and elsewhere within and outside the District of Massachusetts,

HASSAN KHACHFE,

defendant herein, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice and attempting to do so, caused to be placed in a post office and authorized depository for mail matter, matter and things to be sent and delivered by the Postal Service, and knowingly caused things to be delivered by mail according to the direction thereon, to wit: checks from the Aetna Insurance Company, through its agent, Chickering Claims Administrators, Inc., based on Khachfe's representations that medical expenses had been incurred by Hassan Khafche and his wife, Lina S. Hmayed, as the result of a purported

automobile accident in or around Beirut, Lebanon on May 15, 2002, which representation Khachfe knew to be false and fraudulent:

| DATE | MAILED FROM | MAILED TO | ITEM | Count |
|---|---|---|---|---|
| 9/15/03 | Chickering Claims Administrators, Inc. | Hassan Khafche c/o 25 Francis Ave. Mansfield, MA | Check in the amount of $7,577.42. | 1 |
| 12/8/03 | Chickering Claims Administrators, Inc. | Lina S. Hmayed, c/o Ziad Jamous 1522 Francis Ave. Mansfield, MA | Check in the amount of $11,872.69 | 2 |

The Grand Jury further finds that a substantial part of the aforementioned fraudulent scheme was committed from outside the United States, to wit, Lebanon.

All in violation of Title 18, United States Code, Section 1341.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 2, 2004. @ 3:06 PM

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

≽JS 45 (5/97) - (Revised USAO MA 1/11/04)

**04CR 10328 PBS**

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| Place of Offense: Mansfield | Category No. II | Investigating Agency FBI/JTTF |
| City Mansfield | Related Case Information: | |
| County Bristol | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name   Hassan KHACHFE                              Juvenile   ☐ Yes   ☒ No

Alias Name   None known.

Address   330 Hadi Nasrallah Avenue, Haret Hreik, LEBANON, 03-730 520

Birth date (Year only): 1970   SSN (last 4 #): 2734   Sex M   Race: Caucasian   Nationality: Lebanon

Defense Counsel if known:   James Duggan, Esq.          Address: 160 State Street
                                                                Boston, MA 02109
Bar Number: _____

**U.S. Attorney Information:**

AUSA   Gregory Moffatt                              Bar Number if applicable   559778

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:   English/Levant Arabic

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty _____     ☐ Misdemeanor _____     ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: November 2, 2004          Signature of AUSA:   /s/ Greg Moffatt

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse        04 CR 10328 PBS

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     Hassan KHACHFE

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1341 | Mail Fraud | 1, 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**